No. 96–5978.  FORT v. HAILEY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–5979.  DAVIS v. SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE.  C. A. 9th Cir.  Certiorari denied.

No. 96–5984.  HARVEY v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 96–5985.  BLANDINO v. LINDLER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–5986.  VRBA v. WAKATSUKI ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–5988.  MUHUMMAD v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 96–5989.  IVY v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–5990.  KELLY v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 96–6002.  GALLEGOS v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 96–6026.  NEAL v. REGAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–6027.  JOHNSON v. HILL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 96–6035.  WOODS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–6037.  TURNER v. INTERNAL REVENUE SERVICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–6038.  TURNER v. KUYKENDALL.  C. A. 4th Cir.  Certiorari denied.

No. 96–6039.  DICKESON v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.